United States District Court
Southern District of Texas

**ENTERED**

July 17, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and the STATES OF TEXAS, NEW YORK, and NEW JERSEY, *ex rel.* [UNDER SEAL], | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-025 |
| SRINIVASA TALLA, *et al.*, | § | |
| Defendants. | § | |

**ORDER**

In this *qui tam* action, the Relator seeks to dismiss all claims against Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(I). (Notice of Dismissal, Doc. 38) Plaintiff United States of America consents to the dismissal. (United States' Consent, Doc. 39) Plaintiff States of Texas, New York, and New Jersey elected not to intervene, but requested that "should either the Relator or the Defendants' propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the Plaintiff States before ruling or granting its approval." (States' Notice, Doc. 37, 1–2) In accordance with this request, it is:

**ORDERED** that by no later than August 14, 2026, Plaintiff States of Texas, New York and New Jersey shall file a Statement indicating whether they oppose the dismissal of this action. Should Plaintiff States fail to submit the Statement by the indicated date, the Court will proceed to deem the causes of action dismissed pursuant to the Notice of Dismissal (Doc. 38).

Signed on July 17, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge